UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILD EQUITY INSTITUTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GINA MCCARTHY,<br><br>　　　　　Defendant. | Case No. 14-cv-01391-JD   (JCS)<br><br>**ORDER RE TRANSMITTAL OF DECISION** |

　　Defendant is hereby ORDERED to make good faith efforts to transmit a copy of the E.P.A.'s response to the Title V petition at issue in this case to Plaintiff within three (3) business days of the Administrator's signature on that response.

　　**IT IS SO ORDERED.**

Dated: August 19, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge